AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| The Church Insurance Company of Vermont<br>*Plaintiff*<br>v.<br>Peter H. Dworjanyn Esq., Collins & Lacy P.C.<br>*Defendants* | Civil Action No.     3:20-00795-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff take nothing of the Defendants and the Second Amended Complaint is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted the defendants' motion to dismiss.

Date:   June 8, 2020

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*